IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT LADELL BROOKS-GAGE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-19-840-D |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 4] in its entirety. For the reasons stated therein, the Court finds that this action should be transferred to the United States District Court for the Eastern District of Oklahoma for all further proceedings pursuant to 28 U.S.C. § 1404 (a).

**IT IS SO ORDERED** this 17th day of October, 2019.

TIMOTHY D. DeGIUSTI
Chief United States District Judge